UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:23-cv-00565-AB-RAO | Date: | August 11, 2023 |
|---|---|---|---|

Title:  *Jardine Gougis v. Jearld W. Hall*

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] ORDER SANCTIONING PLAINTIFF and ORDER TO SHOW CAUSE

On May 18, 2023, the parties Stipulated to Extend the Time for Defendant to file an Answer or otherwise respond to the Complaint until June 21, 2023. (Dkt. No. 13.) Defendant, though, did not file an Answer and Plaintiff has now failed to timely seek entry of Default.

Pursuant to the Court's ORDER RE: PROSECUTION OF CERTAIN CASES UNDER THE AMERICANS WITH DISABILITIES ACT (Dkt. No. 10), Plaintiff is **SANCTIONED** in the amount of **$300** for failing to timely seek entry of default. Payment shall be made to the Clerk's Office within 7 days of this Order.

The Court **ORDERS** Plaintiff to show cause by August 18, 2023 why this case should not be dismissed for lack of prosecution. The case will be dismissed if Plaintiff fails to timely respond.

**IT IS SO ORDERED**.

CC: Fiscal